UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL H. MOSS,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>           Defendant. | Case No. 22-cv-01252-JSC<br><br>**PRETRIAL ORDER NO. 1** |

As discussed at the case management conference held on September 29, 2022, the Courts orders as follows:

| | |
|---|---|
| Parties exchange discovery requests: | September 30, 2022 |
| Deadline for discovery objections: | October 14, 2022 |
| Deadline to meet and confer re: objections: | October 18, 2022 |
| Deadline for substantive discovery responses: | November 1, 2022 |
| Parties produce responsive documents: | November 1, 2022 |

The Court refers the parties to a magistrate judge for a settlement conference to occur at a time convenient to the magistrate judge after discussion with the parties.  A further case management conference is scheduled for February 16, 2023 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: September 29, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge