UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL H. MOSS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. 22-cv-01252-JSC<br><br>**AMENDED ORDER RE: JOINT DISCOVERY LETTER AND DEFENDANT'S MOTION TO REOPEN DISCOVERY**<br><br>Re: Dkt. Nos. 84, 86 |

As discussed during the August 29, 2024 discovery hearing, the Court orders as follows:

1. By September 3, 2024, unless the parties agree otherwise, Defendant must provide Plaintiff with the most recent contact information in its possession for the former employee witnesses identified in the parties' August 23, 2024 joint discovery letter brief. (Dkt. No. 84.) The witnesses are Joseph Crimoli, Marie Holland, and Mona Wood. (*Id.*) In addition, if Plaintiff requests, Defendant must produce current employee Nestor Guevara, also identified in Dkt. No. 84, for a deposition. Depositions of these witnesses must be completed by October 18, 2024.

2. By September 6, 2024, Defendant must provide Plaintiff with the name of the "high-level City Human Resources witness" identified in Defendant's August 27, 2024 Motion to Reopen Discovery. (Dkt. No. 86.) Any deposition of this witness must be completed by October 18, 2024.

3. By September 6, 2024, Defendant may serve on Plaintiff interrogatories and document requests regarding Plaintiff's mitigation of damages since Plaintiff's deposition. This additional written discovery must be completed by October 18, 2024.

4. Any disputes regarding the above discovery must be brought to the Court's attention through a discovery dispute joint letter no later than October 25, 2024.

5. No additional discovery, other than what is discussed in this Order, is allowed.

This Order disposes of Docket Nos. 84 and 86.

**IT IS SO ORDERED.**

Dated: August 30, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge