UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL H. MOSS,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>         Defendant. | Case No. 22-cv-01252-JSC<br><br>**ORDER RE: DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 94 |

Pending before the Court is a discovery dispute joint letter regarding Defendant's request to again amend its initial disclosures to add two new witnesses. Defendant's request is DENIED. The Court previously allowed Defendant to identify additional witnesses, but ordered that no additional discovery is allowed. (Dkt. No. 89.) Defendant has not shown any cause, let alone good cause, for asking the Court to reconsider its holding on the eve of pretrial filings.

This Order disposes of Docket No. 94.

**IT IS SO ORDERED.**

Dated: November 4, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge