UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL H. MOSS,<br><br>   Plaintiff,<br><br> v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No. 22-cv-01252-JSC<br><br>**ORDER RE: MOTIONS IN LIMINE**<br><br>Re: Dkt. Nos. 98-102, 107-08 |

The Court held a pretrial conference on December 5, 2024. This Order confirms the matters discussed and ruled upon at the conference. A second in-person pretrial conference is scheduled for January 16, 2025 at 2:00 p.m.

I. **PLAINTIFF'S MOTIONS IN LIMINE**

  **1. Motion in Limine 1: To Preclude Defendant's Fact Witnesses from Testifying about Facts from which They Have No Firsthand Knowledge**

Plaintiff Cecil Moss, Jr. requests the Court preclude the City and County of San Francisco ("the City") from presenting Ify Omokaro and Janie White as witnesses to testify about facts and conclusions for which they have no firsthand knowledge, arguing neither has direct experience with the facts of the case so their testimony would not be of probative value. (Dkt. No. 107 at 2.) As discussed at the hearing, the motion is GRANTED as to either witness's attempt to testify as to how the evidence applies to Mr. Moss specifically, but is otherwise DENIED.

  **2. Motion in Limine 2: To Preclude Defendant from Introducing Evidence, Testimony, or Argument Regarding Plaintiff's Past or Present Involvement in Other Litigation, Arbitration, and/or Investigations**

GRANTED, except to the extent it is necessary to mention "workers' compensation" as background information.

## II. THE CITY'S MOTIONS IN LIMINE

1. **Motion in Limine 1: To Exclude Argument the City's Interpretation of CSC Rule 415.13.4 Was Improper**

2. **Motion in Limine 2: To Exclude Evidence and Argument relating to Welder, Custodian, and Transit Car Cleaner Positions**

3. **Motion in Limine 3: To Exclude Argument for Relief for 8214 Parking Control Officer Position**

4. **Motion in Limine 12: To Exclude Argument for Relief for Anything Except the Two Positions at Issue**

Motions in Limine 1, 2, 3, and 12 are DENIED for the reasons discussed at the hearing.

5. **Motion in Limine 5: To Exclude Testimony Regarding Economic Damages and Testimony Regarding Plaintiff's Care of his Sick Father**

First, the City argues Plaintiff should be barred from claiming lost wage damages because Plaintiff, by withdrawing from the workforce to care for a family member, failed to mitigate his damages. (Dkt. No. 101 at 4.) The City's request is DENIED. The City has not shown as a matter of law Mr. Moss is not entitled to economic damages because he cared for a sick relative.

The City's request that Plaintiff be directed not to mention his caregiving responsibilities is also DENIED. All rulings discussed in this Order are subject to change.

## III. TRIAL MATTERS

The deadline to submit the proposed ten additional questions for the jury questionnaire is Thursday, December 12, 2024. Each side will have 20 minutes for voir dire and is allowed three peremptory challenges.

Jury selection will commence on Tuesday, January 21, 2025 at 8:30 a.m. Eight jurors will be seated. Opening statements and Plaintiff's first witness will follow, concluding at around 3:00 p.m. On Wednesday, January 22, 2025, trial will be conducted from 8:30 a.m. to 3:00 p.m. On Thursday, January 23, 2025, trial will be conducted from 8:30 a.m. to 1:30 p.m. Trial will be conducted as needed on January 24, 27, 28, and 29, 2025 from 8:30 a.m. to 3:00 p.m. On each day of trial, counsel must arrive by 8:00 a.m. for matters to be heard outside the presence of the jury. On days when trial is conducted until 3:00 p.m., there will be 15-minute breaks in the morning and afternoon and a 45-minute break for lunch. On Thursday, January 23, 2025, there will be two 15-minute breaks.

Each side is allowed ten hours for direct and cross-examination. A witness both parties intend to call should only be called once.

This order disposes of Docket Nos. 98, 99, 100, 101, 102, 107, and 108.

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge

3